## KINDEL, ADMINISTRATOR, *v.* BIERIE ET AL.

[No. 10,593.  Filed June 22, 1921.]

From Adams Circuit Court; *David E. Smith,* Judge.

Action between Albert S. Kindel, administrator, and Charles E. Bierie and others. From the judgment rendered, the former appeals. *Affirmed conditionally.*

*Dore B. Erwin* and *William H. Eichhorn,* for appellant.
*A. W. Hamilton* and *C. J. Lutz,* for appellees.

REMY, J.—On authority of *Kindel, Admr.,* v. *French* (1921), 190 Ind. 595, 131 N. E. 227, the judgment is erroneous, being $125 too large, which sum, with interest from March 18, 1919, must be remitted, and proof of the entry in the circuit court of such remittitur must be made within thirty days. Otherwise the judgment will be reversed. Costs to be taxed to appellee.

---

## KINDEL, ADMINISTRATOR, *v.* GENTIS ET AL.

[No. 10,592.  Filed June 22, 1921.]

From Adams Circuit Court; *David E. Smith,* Judge.

Action between Albert S. Kindel, administrator, and Cletus Gentis and others. From the judgment rendered, the former appeals. *Affirmed conditionally.*

*William H. Eichhorn* and *Dore B. Erwin,* for appellant.
*A. W. Hamilton* and *C. J. Lutz,* for appellees.

REMY, J.—On the authority of *Kindel, Admr.,* v. *French* (1921), 190 Ind. 595, 131 N. E. 227, the judgment is erroneous, being $100 too large, which sum, with interest from March 18, 1919, must be remitted, and proof of the entry in the circuit court of such remittitur must be made within thirty days. Otherwise the judgment will be reversed. Costs to be taxed to appellee.